UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO . 09-22106-CIV-O'SULLIVAN
[CONSENT]

JESUS CABRERA, and others
similarly situated,
    Plaintiff,

vs.

JOCO PRODUCE, INC. et al,
    Defendants.
_____/

### ORDER AND NOTICE OF OUTCOME OF SETTLEMENT CONFERENCE

THIS MATTER is before the Court <u>sua sponte</u> following a Settlement Conference conducted by the undersigned on October 5, 2009, at which the parties reached a SETTLEMENT. It is

ORDERED AND ADJUDGED that a fairness hearing pursuant to <u>Lynn Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Tuesday, October 6, 2009**, at **9:55 a.m.,** at the C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, 5th Floor, Miami, Florida 33128. **The parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. **The parties are permitted to attend by telephone and shall jointly contact Chambers on the date of the hearing.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **5th** day of October, 2009.

                                                  _____
                                                  JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies provided to:
All counsel of record